B6F (Official Form 6F) (12/07)

IN RE Lakha, Rumi Kassim
                Debtor(s)

Case No. 2:14-bk-23077
                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2879<br>Alexander W. Kirkpatrick, Esq.<br>Professional Law Corporation<br>790 East Colorado Blvd., Suite 907<br>Pasadena, CA 91101 | | | Attorney representing the debtor, legal fees rendered 03/31/2011 | | | | 11,000.00 |
| ACCOUNT NO. BC 493358<br>Brown White & Newhouse, LLP<br>George B. Newhouse, Jr., Esq.<br>333 South Hope Street, 40th Floor<br>Los Angeles, CA 90071-1406 | | | Attorney filed lawsuit, case pending, People of The State Of California, ex rel, Allstate Indemnity Company, et al. vs Total Care Medical Center, et al. Lawsuit filed on 10/05/2012 | X | X | | 0.00 |
| ACCOUNT NO. BC466544<br>Law Offices Of Ramin R. Younessi<br>A Professional Law Corp.<br>3435 Wilshire Blvd., Suite 2200<br>Los Angeles, CA 90010 | | | Lawsuit filed on 07/29/2011; Judgment entered ; Writ of Execution issued on May 22, 2014; Wrongful Termination; Rosana Garfias, an individual vs. Rumi K. Lakha, an individual, Rumi K. Lakha, D.O., Inc., a Califonria corporation and Does 2 through 20, inclusive. | | | | 102,135.00 |
| ACCOUNT NO. EC061125<br>Lucille K. Hino, Esq.<br>Attorney At Law<br>1028 North Lake Ave., Suite 108-B<br>Pasadena, CA 91104 | | | Collection case; Lawsuite filed on 08/5/2013, case pending<br>Unicare Laboratory, Inc. vs. Rumi Lakha, DO, Inc. | X | X | | 0.00 |

_1_ continuation sheets attached

Subtotal (Total of this page) $ 113,135.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Lakha, Rumi Kassim                                                  Case No. 2:14-bk-23077
                    Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7264<br>Pentech<br>PO Box 4387<br>Portland, OR 97208 | | | Leased equiptment; Starlux Unit 500 Series, HP/UMB 08/15/2013 | | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 113,135.00

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only