William H. Brownstein, SBN 84507
WILLIAM H. BROWNSTEIN & ASSOCIATES,
**PROFESSIONAL CORPORATION**
1250 SIXTH STREET
SUITE 205
SANTA MONICA, CA 90401-1637
(310) 458-0048 FAX: (310) 576-3581
Email: Brownsteinlaw.bill@gmail.com
Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**RUMI KASSIM LAKHA,**<br><br>Debtor | Bk. No. 2:14-bk-23077 VZ<br><br>In a Case Under Chapter 11 of the Bankruptcy Code<br><br>Date: May 11, 2015<br>Time: 11:00 a.m.<br>Ctrm: 1368<br>Floor: 13th |

**DEBTOR'S REPLY TO CREDITOR ROSANA GARFIAS'S OPPOSITION TO DEBTOR RUMI K. LAKHA'S OBJECTION TO CLAIM NUMBER 1; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF GABRIEL J. PIMENTEL**

TO THE HONORABLE VINCENT P. ZURZOLO, BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA, THE CHAPTER 13 TRUSTEE, ROSANA GARFIAS BY AND THROUGH HER COUNSEL:

Rumi Kassim Lakha, the above-captioned Debtor is filing Debtor's Reply to Creditor Rosana Garfias's ("Creditor") Opposition to Debtor Rumi K. Lakha's Objection to Claim Number 1; Memorandum of Points and Authorities; Declaration of Gabriel J. Pimentel, Doc. 77 (the "Opposition"), filed on April 27, 2015, the hearing on this Objection will take place on May 11, 2015 at 11:00 a.m., or as soon thereafter as the Honorable Vincent P. Zurzolo, Bankruptcy Judge, will hear the matters in his courtroom which is located at 255 East

Temple, Courtroom 1368, Thirteenth Floor, Los Angeles, CA 90012.

1. Creditor is correct that at least 30 days notice of an objection must be given. However, what as the Motion to Disallow Claims *Claim Number 1, Rosana Garfias* filed by Debtor Rumi Kassim Lakha, Doc. 72 was filed and served on April 9, 2015, there was more than thirty days notice of the hearing on the objection. Furthermore, the Objection which refers to the argument that "Creditor's Claim Is Untimely"[Doc. 72, P:2 of 7, Line 17] is illogical as the Opposition is that of the Creditor.

2. As this is the second case filed by the Debtor within 12 months, and since the Bankruptcy Court denied the motion to continue the stay as being filed late, there is no stay on Creditor having the disbursement from the Los Angeles County Sheriff's Department, which, pursuant to the levy has been holding $2,602.85 since August 22, 2014. See Doc. 75, P: 5-9. Those funds are constructively within the possession of the Creditor and it was due to the ineptitude of her counsel that she did not receive those funds which have been waiting for instructions from Creditor's counsel.

3. With regard to the Declaration of Gabriel J. Pimiental, it is irrelevant to the pending Objection. The only issue is whether the presumption of the validity of the proof of claim has been rebutted.

4. Finally, if the Creditor instructs the Sheriff's Office to release the levy and retun the money that it has been holding since August 22, 2014 the Debtor will withdraw his objection as moot. Alternatively, Debtor does not object to the Sheriff releasing the funds to Creditor and this Court reducing the claim accordingly.

DATED: April 28, 2015

Respectfully submitted,

WILLIAM H. BROWNSTEIN & ASSOCIATES,
Professional Corporation

By: [signature]
William H. Brownstein, Attorneys for Debtor

| In re: RUMI K. LAKHA, Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:14-bk 23077 VZ |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1250 Sixth Street, Suite 205, Santa Monica, CA 90401-1637

A true and correct copy of the foregoing document described **DEBTOR'S REPLY TO CREDITOR ROSANA GARFIAS'S OPPOSITION TO DEBTOR RUMI K. LAKHA'S OBJECTION TO CLAIM NUMBER 1; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF GABRIEL J. PIMENTEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 28, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

William H Brownstein on behalf of Debtor, Brownsteinlaw.bill@gmail.com
William H Brownstein on behalf of Debtor Rumi Kassim Lakha, Brownsteinlaw.bill@gmail.com
Nancy K Curry (TR), ecfnc@trustee13.com
United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov
Ramin R Younessi on behalf of Creditor Rosana Garfias, jflores@younessilaw.com, hpark@younessilaw.com

☐ Service information continued on attached page

**II SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On April 28, 2015, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Brown White & Newhouse, LLP, 333 S. Hope St., 40th Floor, Los Angeles, CA 90071

☐ Service information continued on attached page

**III SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 28, 2015, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Chambers of the Honorable Vincent P. Zurzolo, Bankruptcy Judge, 255 East Temple Street, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 28 2015 | William H. Brownstein | *William H Brownstein* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |