William H. Brownstein, SBN 84507
William H. Brownstein & Associates,
Professional Corporation
12301 Wilshire Boulevard
Suite 500
Los Angeles, CA 90025
(310) 458-0048
FAX: (310) 576-3581
Email: Brownsteinlaw.bill@gmail.com

Attorneys for Rumi Kassim Lakha, Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>RUMI KASSIM LAKHA, | Case No. 2:14-bk-23077 VZ<br><br>Chapter 13<br><br>PROOF OF SERVICE OF SUPPLEMENTAL REPLY TO OBJECTIONS TO THE APPLICATION FOR INTERIM COMPENSATION FOR DEBTOR'S COUNSEL<br><br>DATE: November 16, 2015<br>TIME: 11:00 a.m.<br>LOCATION: Courtroom 1368<br>FLOOR: Thirteenth Floor |

TO THE HONORABLE VINCENT P. ZURZOLO, BANKRUPTCY JUDGE, THE CHAPTER 13 TRUSTEE, THE DEBTOR AND THE OTHER PARTIES IN INTEREST:

Incorporated herein is the Proof of Service of the supplemental reply to the objections to the application for compensation for Debtor's counsel, the hearing on which is scheduled to take place on November 16, 2015 at 11:00 a.m., or as soon thereafter as the Honorable Vincent P. Zurzolo, Bankruptcy Judge will hear the matter, William H. Brownstein & Associates, Professional Corporation ("Applicant")

DATED: November 13, 2015          William H. Brownstein & Associates,
                                                        Professional Corporation

By: _William H. Brownstein_
William H. Brownstein, Attorneys for Debtor
and Applicant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1250 Sixth Street, Suite 205, Santa Monica, CA  90401-1637

A true and correct copy of the foregoing document described as SUPPLEMENTAL REPLY TO OBJECTIONS TO THE APPLICATION FOR INTERIM COMPENSATION FOR DEBTOR'S COUNSEL will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.
On November 13, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) stated below:

William H Brownstein on behalf of Debtor Rumi Kassim Lakha, Brownsteinlaw.bill@gmail.com
Nancy K Curry (TR), ecfnc@trustee13.com, United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov
Ramin R Younessi on behalf of Creditor Rosana Garfias, jflores@younessilaw.com,

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL** (state method for each person or entity served):
On November 13, 2015, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Brown White & Newhouse, LLP, 333 S. Hope St., 40th Floor, Los Angeles, CA 90071

☐ Service information continued on attached page

**2.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 13, 2015, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Chambers of the Honorable Vincent P**. Zurzolo, 255 East Temple, Thirteenth Floor, Los Angeles, CA  90012
Rumi Kassin Lakha, Lakhamd@verizon.net

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date: November 13, 2015                    Signature:

                                           _William H Brownstein_

                                           Printed Name: William H. Brownstein

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Page 1